dismis.re 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-358-CV

VERIZON COMMUNICATION
, INC. APPELLANT

V.

LONDI DENNIS APPELLEE

----------

FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered “Verizon Communication, Inc.’s Motion For Voluntary Dismissal Of Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).  

Appellant shall pay all costs of this appeal, for which let execution issue.  
See
 
Tex. R. App. P
. 42.1(d).

PER CURIAM 

PANEL D:  DAUPHINOT, HOLMAN, and GARDNER, JJ.

DELIVERED:  November 10, 2005

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.